IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN L. WOOD,

    **Plaintiff,**

    v.                                                  CASE NO. 25-3150-JWL

**WICHITA POLICE DEPARTMENT, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff Justin L. Wood brings this pro se civil rights action alleging claims under multiple Constitutional provisions, federal statutes, and state statutes. (Doc. 1.) He has been granted leave to proceed in forma pauperis. (Doc. 9.) The Court conducted the statutorily required review of the complaint and granted Plaintiff until and including September 10, 2025 to file a complete and proper amended complaint that cures certain deficiencies that leave this case subject to dismissal in its entirety. (Doc. 9.) This matter comes now before the Court on Plaintiff's motion for an extension of time in which to file the amended complaint. (Doc. 10.)

In the motion, Plaintiff explains that he has not been able to complete an amended complaint because he and his family are homeless and living in a shelter, a situation he believes will change soon. *Id.* at 1-4. Plaintiff's current living situation, however, limits the amount of time Plaintiff has to work on his amended complaint, as does the nature of Plaintiff's work as a carpenter; Plaintiff is unable to take time off work because this time of year is very busy. *Id.* at 2-3. Although Plaintiff does not request a specific extension of the deadline, it is clear from the motion that Plaintiff believes that he will be able to complete and file an amended complaint if given additional time and that he anticipates some of the current difficulties in completing his

1

amended complaint will resolve in the next month. *Id.* at 1-4.

The Court will grant the motion and extend the deadline by which Plaintiff must submit his amended complaint. Plaintiff is cautioned, however, that no further extensions will be granted. If Plaintiff fails to file an amended complaint on or before **October 14, 2025**, this matter will be dismissed without prejudice based on the reasons set forth in the order issued August 11, 2025. (Doc. 9.)

**IT IS THEREFORE ORDERED BY THE COURT** that the motion for extension of time to file an amended complaint (**Doc. 10**) is **granted.** Plaintiff is granted to and including October 14, 2025 in which to file his amended complaint. No further extensions will be granted. If Plaintiff fails to timely file his amended complaint, this matter will be dismissed without prejudice.

**IT IS SO ORDERED**.

**Dated September 11, 2025, in Kansas City, Kansas.**

> **S/ John W. Lungstrum**
> JOHN W. LUNGSTRUM
> UNITED STATES DISTRICT JUDGE